UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2256** |
| **STATE OF LOUISIANA** | **SECTION: "D"(1)** |

## REPORT AND RECOMMENDATION

Petitioner, Christopher Alexander, a Louisiana state prisoner, filed this federal application seeking habeas corpus relief pursuant to 28 U.S.C. § 2254.  For the following reasons, it is recommended that the application be **DISMISSED WITHOUT PREJUDICE**.

On March 24, 2022, petitioner was convicted in the Orleans Parish Criminal District Court of second degree murder and obstruction of justice.[1]  On April 13, 2022, he filed a motion for new trial and a motion for post-verdict judgment of acquittal.[2]  According to the court records available online (see Docket Master attached to this Report and Recommendation), those motions were denied on August 12, 2022, and petitioner's sentencing is currently set for September 30, 2022.  Because he has not been sentenced, his state court judgment is not yet final.[3]

Moreover, even if petitioner's state court judgment were final, he would not be entitled to federal habeas corpus relief because he has not exhausted his remedies in the state courts.  Federal law is clear:  "Before seeking a federal writ of habeas corpus, a state prisoner must exhaust available state remedies, 28 U.S.C. § 2254(b)(1), thereby giving the State the opportunity to pass

---

[1] Rec Doc. 4-1, p. 1, Answers to Question Nos. 2 and 5.
[2] Id. at pp. 3-4, Answers to Question Nos. 10 and 11.
[3] For the purposes of a federal habeas corpus proceeding, a state criminal judgment is not considered final until both the conviction and the sentence are final.  See Burton v. Stewart, 549 U.S. 147, 156-57 (2007); Scott v. Hubert, 635 F.3d 659, 665-67 (5th Cir. 2011).

upon and correct alleged violations of its prisoners' federal rights." Baldwin v. Reese, 541 U.S. 27, 29 (2004) (quotation marks omitted). The United States Supreme Court has explained:

> The exhaustion doctrine is principally designed to protect the state courts' role in the enforcement of federal law and prevent disruption of state judicial proceedings. Under our federal system, the federal and state courts are equally bound to guard and protect rights secured by the Constitution. Because it would be unseemly in our dual system of government for a federal district court to upset a state court conviction without an opportunity to the state courts to correct a constitutional violation, federal courts apply the doctrine of comity, which teaches that one court should defer action on causes properly within its jurisdiction until the courts of another sovereignty with concurrent powers, and already cognizant of the litigation, have had an opportunity to pass upon the matter.

Rose v. Lundy, 455 U.S. 509, 518 (1982) (citations, footnote, quotation marks, and brackets omitted).

"To exhaust, a petitioner must have fairly presented the substance of his claim to the state courts." Wilder v. Cockrell, 274 F.3d 255, 259 (5th Cir. 2001) (quotation marks omitted). That requirement applies to all levels of review in the state court system, meaning that a petitioner's federal claim must have been fairly presented to "each appropriate state court (including a state supreme court with powers of discretionary review)." Baldwin, 541 U.S. at 29.

Further, it is clear that the exhaustion requirement must be met with respect to **each and every claim** in a petitioner's federal application. See Rose, 455 U.S. at 520 ("[O]ur interpretation of §§ 2254(b), (c) provides a simple and clear instruction to potential litigants: before you bring any claims to federal court, be sure that you first have taken each one to state court." (emphasis added)). If a petitioner's federal application contains both exhausted and unexhausted claims, then the application is considered a "mixed" petition subject to immediate dismissal. See id. at 522 ("[B]ecause a total exhaustion rule promotes comity and does not unreasonably impair the prisoner's right to relief, we hold that a district court must dismiss habeas petitions containing both

2

unexhausted and exhausted claims."); see also Pliler v. Ford, 542 U.S. 225, 230 (2004) ("Under Rose, federal district courts must dismiss mixed habeas petitions."); Alexander v. Johnson, 163 F.3d 906, 908 (5th Cir. 1998) ("A habeas petition containing both exhausted and unexhausted claims is a 'mixed' petition which should be dismissed without prejudice.").

Because at least some of petitioner's claims concern his trial,[4] and because he has not filed any applications with the Louisiana Supreme Court since that trial was held, those claims have never been fairly presented to that court and so are unexhausted. Therefore, at a minimum, this is an impermissible 'mixed' petition.

Accordingly, because petitioner has not fully complied with the federal exhaustion requirement, he is not entitled to federal habeas relief at this time, and the Court should dismiss this petition *sua sponte* pursuant to its screening authority.[5]

## RECOMMENDATION

It is therefore **RECOMMENDED** that the federal application for habeas corpus relief filed by Christopher Alexander be **DISMISSED WITHOUT PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by

---

[4] For example, Claims 1 (the prosecutor made an improper closing argument), 2 ("The verdict is contrary to the law and evidence adduced at trial."), and 4 (petitioner was denied trial by an impartial jury) all concern petitioner's trial. Rec. Doc. 4-1, pp. 5, 7, and 10.
[5] See Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 ("The clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it. **If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition** and direct the clerk to notify the petitioner." (emphasis added)).

the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[6]

New Orleans, Louisiana, this twenty-fifth day of August, 2022.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**

---

[6] Douglass referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.

```
   Case: 541296            D O C K E T   M A S T E R        Date: 08/24/2022
Section: F                                                  Time:  13:56:03
  Class: 2
                       ORLEANS PARISH CRIMINAL DISTRICT COURT

===============================================================================
 DF# DEFENDANT(S):       CNTS CHARGE(S):
===============================================================================

  1 ALEXANDER, CHRISTOPHER M
                           1   RS 14   130.1            BOND:     500,000.00
                               OBSTRUCTION OF JUSTICE
                           1   RS 14   30.1             BOND:   1,000,000.00
                               2ND DEGREE MURDER


===============================================================================
  DATE      PROCEEDINGS
===============================================================================

05/10/2018                                                             TEDFORDS
          FILED INDICTMENT
          " A TRUE BILL "
          CAPIAS ISSUED (NONE)
          BOND SET (NONE)
          MAGISTRATE PAPERWORK FILED(M-570870,DOB:6/20/1990, F#2463547)
05/11/2018                                                             NGUYENAL
          ALLOTTED. ARRAIGNMENT SET 05/15/2018
05/15/2018                                                              FISHERT
          CLERK'S OFFICE RECEIVED MOTION FOR BOND REVIEW;OMNIBUS MOTION FOR
          DISCOVERY;MOTION TO PRESERVE EVIDENCE;MOTION FOR SUPPRESSION OF
          STATEMENTS,EVIDENCE AND IDENTIFICATIONS;AND MOTION FOR A
          PRELIMINARY EXAMINATION.
          >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR
          ARRAIGNMENT. >COURT APPOINTED STAS MOROZ , OPD. >DEFENDANT TO
          PAY $40.00 TO OPD. >INDICTMENT WAS READ. >DEFENDANT ENTERED
          PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO TRIAL BY
          JUDGE OR JURY. >DISCOVERY HEARING SET FOR 05/30/18 >DNOC.
          >PDOJL
05/30/2018                                                                DEDEA
          >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR DISCOVERY
          HEARING WITH COUNSEL, COLLIN REINGOLD THE STATE WILL TENDERED
          DISCOVERY TO THE DEFENSE OUTSIDE OF COURT >HEARING ON MOTIONS
          SET FOR 07/11/18 IN SECTION F . >PLACE THE DEFENDANT ON THE
          JAIL LIST.
06/25/2018                                                              FISHERT
          CLERK'S OFFICE RECEIVED PARTICULARIZED MOTION TO SUPPRESS
          PHYSICAL EVIDENCE AND REQUEST FOR EVIDENTIARY HEARING;
          PARTICULARIZED MOTION TO SUPPRESS STATEMENTS.
07/11/2018                                                              FISHERT
          CLERK'S OFFICE RECEIVED INVENTORY OF DISCOVERY RECEIVED AND
          REQUEST FOR SUPPLEMENTAL DISCOVERY;MOTION AND ORDER FOR ACCESS
          AND INSPECTION.
          >THE COURT RECEIVED COPIES OF THE DEFENSE'S MOTION AND ORDER FOR
          ACCESS AND INSPECTION AND INVENTORY OF DISCOVERY RECEIVED AND
          REQUESTED FOR SUPPLEMNTAL DISCOVERY AND COPIES WERE TENDERED TO
          >THE CLERK'S OFFICE TO BE PLACED INTO THE RECORD.
          >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR HEARING ON
          MOTIONS WITH COUNSEL, COLLIN REINGOLD & STAS M >THESE MOTIONS
          DID LIE: >SUPPRESS EVIDENCE >SUPPRESS STATEMENT >STATE CALLED
          DET. RAYELL JOHNSON >STATE EVIDENCE: >S-001 S-002 S-003 S-004
          >DEFENSE EVIDENCE: >D-A >STATE AND DEFENSE SUBMITTED THE
          MATTER. THE DEFENSE'S MEMO IS DUE BY 7/18/18. THE STATE'S
          RESPONSE IS DUE BY 7/18/18. >RULING SET FOR 07/24/18 IN SECTION
          F . >PDOJL
```

| Date | | |
|---|---|---|
| 07/18/2018 | | FISHERT |

CLERK'S OFFICE RECEIVED POST-HEARING MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS;POST-HEARING MEMORANDUM IN SUPPORT TO SUPPRESS PHYSICAL EVIDENCE.

07/24/2018                                                                DEDEA
>DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLLIN REINGOLD FOR RULING >RESET BY COURT >RULING SET FOR 07/25/18 IN SECTION F . >PDOJL

07/25/2018                                                                DEDEA
>THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR FILING(S) IN OPEN COURT WITH COUNSEL, COLLIN REINGOLD >THE COURT RECIEVED A COPY OF THE DEFENSE'S NOTICE OF INTENTION T APPLY FOR SUPERVISORY WRITS REQUEST FOR STAY AND MOTION TO SET RETURN DATE AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED INTO THE RECORD. THE COURT DENIED THE DEFENSE'S REQUEST FOR A STAY.
>THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR HEARING ON COURT FOR A RULING WITH COUNSEL, COLLIN REINGOLD. >THESE MOTIONS DID LIE: >SUPPRESS EVIDENCE >SUPPRESS STATEMENT >AFTER ARGUMENT, STATE AND DEFENSE SUBMITTED THE MATTER. >DENIED MOTION TO SUPPRESS EVIDENCE. >DENIED MOTION TO SUPPRESS STATEMENT. >DEFENSE OBJECTED. >DEFENSE INFORMED OF INTENT TO SEEK A WRIT ON THE RULING. COURT GRANTED UNTIL 08/24/18 TO FILE WRIT. THE DEADLINE FOR BOTH SIDES TO FILE PRE-TRIAL MOTIONS IS 9/14/18. THE DEADLINE FOR DISCOVERY IS 9/25/18. >TRIAL SET FOR 10/22/18 IN SECTION F . >PRE-TRIAL CONFERENCE SET FOR 09/25/18 IN SECTION F . >PDOJL

09/11/2018                                                                FISHERT
CLERK'S OFFICE RECEIVED MOTION TO CONTINUE TRIAL.
>DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR FILING(S) IN OPEN COURT THE DEFENSE WAIVED THE PRESENCE OF THE DEFENDANT. THE COURT GRANTED THE DEFENSE'S MOTION TO CONTINUE TRIAL AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED INTO THE RECORD. THE COURT NOTED THE STATE'S OBJECTION. THE DEADLINE FOR DISCOVERY AND TO FILE PRE-TRIAL MOTIONS IS EXTENDED UNTIL 10/22/18. >PRESENCE OF DEFENDANT WAIVED. >PRE-TRIAL CONFERENCE SET FOR 10/22/18 IN SECTION F . >PDOJL ****CLERK PLEASE VACATE 10/22/18 TRIAL.****
****CLERK PLEASE VACATE 9/25/18 PRE-TRIAL CONFERENCE.****

09/27/2018                                                                DEDEA
>DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR FILING OF WRITS THE COURT RECIEVED AN ORDER FROM THE FOURTH CIRCUIT COURT OF APPEAL ORDERING THE FOLLOWING: >THE COURT REPORTER IS HEREBY ORDERED TO SUPPLY A TRANSCRIPT OF THE 7/25/18 PROCEEDINGS WITHIN 15 DAYS FROM 9/24/18. A COPY OF THE ORDER WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD. >NO NEW DATE IS SET.

10/04/2018                                                                DEDEA
>DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR FILING(S) IN OPEN COURT >THE COURT RECEIVED A COPY OF THE DEFENSE'S MOTION TO SUPPLEMENT WRIT APPLICATION AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD.

10/22/2018                                                                FISHERT
CLERK'S OFFICE RECEIVED MOTION IN LIMINE TO EXCLUDE ANONYMOUS HEARSAY TESTIMONY ALLEGING THAT MR.ALEXANDER INQUIRED ABOUT PURCHASING A GUN;MOTION IN LIMINE TO EXCLUDE CUMMULATIVE, PREJUDICIAL AND/OR IRRELEVENT EVIDENCE;MOTION IN LIMINE TO EXCLUDE IRRELEVANT TESTIMONY AND EVIDENCE.
>DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR FILING OF WRITS >FOURTH CIRCUIT WRIT # 2018-K-0717 FILED TODAY. WRIT WAS DENIED. >THE DEFENDANT'S WRIT APPLICATION WAS SEEKING REVIEW OF THE TRIAL COURT'S 7/25/18 JUDGMENT DENYING THE DEFENDANT'S MOTIONS TO SUPPRESS STATEMENTS AND EVIDENCE.
>DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE >DEFENDANT IN

```
              CUSTODY AND NOT BROUGHT INTO COURT. >PRESENCE OF DEFENDANT
              WAIVED. THE DEADLINE FOR DISCOVERY AND FILING OF PRE-TRIAL
              MOTIONS IS 11/19/18. >PRE-TRIAL CONFERENCE SET FOR 11/19/18 IN
              SECTION F . >TRIAL SET FOR 01/22/19 IN SECTION F . >PDOJL
10/31/2018                                                              DEDEA
              >DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR FILING(S) IN OPEN COURT >THE COURT
              RECEIVED A COPY OF THE DEFENSE'S PETITION FOR SUPERVISORY WRITS
              TO REVIEW THE TRIAL COURT'S DENIAL OF MR. ALEXANDER'S MOTIONS
              TO SUPPRESS STATEMENT AND EVIDENCE AND A COPY WAS TENDERED TO
              THE CLERK'S OFFICE TO BE PLACED IN THE RECORD.
11/19/2018                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
              REINGOLD FOR PRE-TRIAL CONFERENCE ADA ANGAD GHAI REPRESENTED
              THE STATE OF LOUISIANA. >CONTINUED ON JOINT MOTION. >PRE-TRIAL
              CONFERENCE SET FOR 12/10/18 >NOTIFY DEF.COUNSEL. >DNOC. >PDOJL
12/07/2018                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR FILING OF
              WRITS >SUPREME COURT WRIT # 2018-KK-1772 FILED TODAY. WRIT WAS
              GRANTED IN PART. >ACCORDINGLY, THE SUPREME COURT VACATED THE
              DISTRICT COURT'S RULING DENYING DEFENDANT'S MOTION TO SUPPRESS
              HIS STATEMENT, AND REMAND FOR FURTHER PROCEEDINGS CONSISTENT
              WITH THE VIEWS EXPRESSED HEREIN.
12/10/2018                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
              REINGOLD FOR PRE-TRIAL CONFERENCE MR. DOVER STOOD-IN FOR MR.
              GHAI ON BEHALF OF THE STATE. >CONTINUED ON STATE MOTION
              >PRE-TRIAL CONFERENCE SET FOR 01/07/19 IN SECTION F . >TRIAL
              SET FOR 01/23/19 IN SECTION F . >PDOJL
01/03/2019                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR FILING(S)
              IN OPEN COURT >THE COURT RECEIVED A COPY OF THE STATE'S
              APPLICATION FOR REHEARING AND A COPY WAS TENDERED TO THE
              CLERK'S OFFICE TO BE PLACED IN THE RECORD. THE COURT RECEIVED A
              COPY OF THE DEFENSE'S OPPOSITION TO STATE'S APPLICATION FOR
              REHEARING AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE
              PLACED IN THE RECORD.
01/07/2019                                                              DEDEA
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
              CONFERENCE WITH COUNSEL, COLIN REINGOLD ANGAD GHAI APPEARED ON
              BEHALF OF THE STATE. THE COURT GRANTED A JOINT CONTINUANCE OF
              THE 1/23/19 TRIAL. THE DEFENSE HAS FILED PRE-TRIAL MOTIONS IN
              THIS MATTER. THE STATE'S RESPONSE TO THE DEFENSE'S PRE-TRIAL
              MOTIONS ARE DUE BY 1/23/19. >PRE-TRIAL CONFERENCE SET FOR
              01/23/19 IN SECTION F . >PDOJL ****CLERK PLEASE VACATE 1/23/19
              TRIAL.****
01/16/2019                                                              DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR FILING OF WRITS >SUPREME COURT WRIT
              # 2018-K-0717 FILED TODAY. WRIT WAS DENIED. >PETITIONER APPLIED
              FOR REHEARING OF THE SUPREME COURT'S ACTION DATED 12/3/18.
01/22/2019                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, STAS
              MOROZ FOR TRIAL ANGAD GHAI APPEARED ON BEHALF OF THE STATE.
              >CONTINUED ON STATE MOTION >PRE-TRIAL CONFERENCE SET FOR
              01/25/19 IN SECTION F . >PDOJL ****CLERK PLEASE VACATE 1/23/19
              PRE-TRIAL CONFERENCE.****
01/25/2019                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
              COLLIN REINGOLD FOR PRE-TRIAL CONFERENCE >CONTINUED ON STATE
              MOTION MS. VALURI STOOD IN FOR MR. GHAI, WHO IS OUT SICK, ON
              BEHALF OF THE STATE. >PRE-TRIAL CONFERENCE SET FOR 01/29/19 IN
              SECTION F . >PDOJL
01/29/2019                                                              DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
```

```
                    COLLIN REINGOLD & STAS MOROZ, FOR PRE-TRIAL CONFERENCE.
                    >CONTINUED ON STATE MOTION MS. BACHER STOOD IN FOR MR. GHAI ON
                    BEHALF OF THE STATE. MR. GHAI IS IN TRIAL IN ANOTHER SECTION OF
                    COURT. >PRE-TRIAL CONFERENCE SET FOR 02/08/19 IN SECTION F .
                    >PDOJL
02/08/2019                                                                  DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
                    CONFERENCE WITH COUNSEL, COLLIN REINGOLD ANGAD GHAI APPEARED ON
                    BEHALF OF THE STATE. >TRIAL SET FOR 04/01/19 IN SECTION F .
                    >PDOJL
03/25/2019                                                                FISHERT
                    CLERTK'S OFFICE RECEIVED MOTION TO CONTINUE TRIAL.
03/29/2019                                                                FISHERT
                    CLERK'S OFFICE RECEIVED OPPOSITION TO STATE'S MOTION TO CONTINUE.
04/01/2019                                                                  DEDEA
                    >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
                    COLLIN REINGOLD & STAS MOROZ, FOR TRIAL. ARTHUR MITCHELL
                    APPEARED ON BEHALF OF THE STATE. >CONTINUED ON STATE MOTION.
                    THE STATE TENDERED JAIL CALLS TO THE DEFENSE. THIS MATTER IS
                    SET FOR A PRE-TRIAL ON 4/23/19 REGARDING RULING ON OUTSTANDING
                    MOTIONS. THE STATE'S RESPONSES ARE DUE BY 4/15/19. >PRE-TRIAL
                    CONFERENCE SET FOR 04/23/19 IN SECTION F . >TRIAL SET FOR
                    05/20/19 IN SECTION F . >PDOJL
04/15/2019                                                                FISHERT
                    CLERK'S OFFICE RECEIVED STATE'S RESPONSE TO DEFENDANT'S MOTION IN
                    LIMINE TO EXCLUDE IRRELEVANT TESTIMONY AND EVIDENCE.
04/23/2019                                                                 KINGTA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
                    CONFERENCE WITH COUNSEL, COLLIN REINGOLD ARTHUR MITCHELL
                    APPEARED ON BEHALF OF THE STATE. THE COURT GRANTED THE
                    DEFENSE'S MOTION IN LIMINE TO EXCLUDE IRRELEVANT TESTIMONY AND
                    EVIDENCE. THE COURT NOTED THE STATE'S OBJECTION AND THE STATE'S
                    404 MOTION IS BY 5/26/19. THE STATE'S RESPONSE TO THE DEFENSE'S
                    MOTION IN LIMINE TO EXCLUDE ANONYMOUS HEARSAY TESTIMONY
                    ALLEGING THAT MR. ALEXANDER INQUIRED ABOUT PURCHASING A GUN IS
                    DUE BY 4/26/19. REGARDING THE DEFENSE'S MOTION IN LIMINE TO
                    EXCLUDE CUMMULATIVE, PREJUDICIAL AND/OR IRRELEVANT EVIDENCE,
                    BOTH THE STATE AND DEFENSE WILL REVIEW THE SOCIAL MEDIA POST
                    AND ADVISE THE COURT WHICH POST THEY ARGEE ON ALLOWING IN AND
                    WHICH ARE AN ISSUE. >RULING SET FOR 05/03/19 IN SECTION F .
                    >PDOJL
04/26/2019                                                                FISHERT
                    CLERK'S OFFICE RECEIVED STATE'S RESPONSE TO DEFENDANT'S MOTION IN
                    LIMINE TO EXCLUDE ANONYMOUS HEARSAY TESTIMONY ALLEGING THAT MR.
                    ALEXANDER INQUIRED ABOUT PURSUANT A GUN;STATE'S PRIRUR NOTICE
                    AND MEMORANDUM OF LAW PURSUANT TO LA C.E.ARTICLE 404(B)
05/01/2019                                                                FISHERT
                    CLERK'S OFFICE RECEIVED OPPOSITION TO STATE'S 404(B)MOTION.
05/03/2019                                                                  DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
                    COUNSEL, COLLIN REINGOLD THE COURT GRANTED THE DEFENSE'S MOTION
                    IN LIMINE TO EXCLUDE ANONYMOUS HEARSAY TESTIMONY ALLEGING THAT
                    MR. ALEXANDER INQUIRED ABOUT PURCHASING A GUN. THE COURT
                    GRANTED THE STATE'S PRIEUR NOTICE AND MEMORANDUM OF LAW
                    PURSUANT TO LA C.E.ART. 404(B). THE COURT NOTED THE DEFENSE'S
                    OBJECTION. THE STATE'S 404(B) EVIDENCE WILL BE ADMITTED TO SHOW
                    INTENT, PLAN & PREPARATION. REGARDING THE DEFENSE'S MOTION IN
                    LIMINE TO EXCLUDE CUMMULATIVE, PREJUDICIAL AND/OR IRRELEVANT
                    EVIDENCE, BOTH THE STATE AND DEFENSE WILL REVIEW THE SOCIAL
                    MEDIA POST BOTH STATE AND DEFENSE WILL REVISIT THE 3-4
                    REMAINING POSTS IN DISPUTE. IF AN AGREEMENT IS NOT REACHED BOTH
                    SIDES WILL RETURN TO COURT. BOTH SIDES AGREED THAT A PRE-TRIAL
                    DATE WAS NOT NEEDED AT THIS TIME. >TRIAL SET FOR 05/20/19 IN
                    SECTION F . >PDOJL
05/20/2019                                                                FISHERT
```

```
              CLERK'S OFFICE RECEIVED MOTION FOR A SPEEDY TRIAL.
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
              COLLIN REINGOLD FOR TRIAL ARTHUR MITCHELL APPEARED ON BEHALF OF
              THE STATE. >CONTINUED ON STATE MOTION THE STATE CALLED READY IN
              CASE #538-387. THE STATE GRANTED THE DEFENSE'S MOTION FOR A
              SPEEDY TRIAL. >TRIAL CONTINUED TO 07/23/19 IN SECTION F .
              >PDOJL
 05/24/2019                                                           FISHERT
              CLERK'S OFFICE RECEIVED STATE'S RESPONSE TO DEFENDANT'S MOTION IN
              LIMINE TO EXCLUDE ANY MENTION OF CRIMESTOPPERS OF OTHER
              ANONYMOUS TIPS.
 07/18/2019                                                           ROUEGEL
              >DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE ADA AUTHUR
              MITCHELL WAS PRESENT. ***PLEASE VACATE TRIAL DATE 7/23/19***
              >TRIAL SET FOR 09/09/19 IN SECTION F . >NOTIFY DEF.COUNSEL.
              >PDOJL
 07/23/2019                                                           ROUEGEL
              >DEFENDANT, CHRISTOPHER M ALEXANDER DID NOT APPEAR FOR TRIAL
              >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. THIS MATTER
              WAS PREVIOUSLY SET FOR TRIAL ON 9/9/19. >TRIAL CONTINUED TO
              09/09/19 IN SECTION F . >PDOJL
 09/09/2019                                                           DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
              REINGOLD FOR TRIAL MICHAEL DANON STOOD IN FOR ARTHUR MITCHELL
              ON BEHALF OF THE STATE, DUE TO MR. MITCHELL BEING OUT FOR
              MEDICAL MATTERS. >CONTINUED ON STATE MOTION >TRIAL CONTINUED TO
              09/17/19 IN SECTION F . >PDOJL
 09/11/2019                                                           DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR N/A >PRE-TRIAL CONFERENCE SET FOR
              09/12/19 IN SECTION F . >PDOJL
 09/12/2019                                                           FISHERT
              CLERK'S OFFICE RECEIVED STATE'S NOTICE PURSUANT TO LA.C.CR.P.ART.
              716,721-722,767-769;STATE'S MOTION IN LIMINE REGARDING DEFENDANTS
              STATEMENT;STATE'S RETURN ON WITNESS INSTANTER SUBPOENA;STATE'S
              RESPONSE TO PROCEDURAL OBJECTIONS TO FILING OF STATE'S NOTICE OF
              STATEMENTS AND SUPPORTING MOTION IN LIMINE.
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
              CONFERENCE WITH COUNSEL, COLIN REINGOLD THE RECEIVED A COPY OF
              THE STATE'S NOTICE PURSUANT TO L.A. C.CR.P. ART.716, 721-722,
              767-769 AND STATE'S RESPONSE TO PROCEDURAL OBJECTIONS TO FILING
              OF STATE'S NOTICE OF STATEMENTS AND SUPPORTING MOTION IN
              LIMINE. THE COURT RULED THAT THE STATE'S MOTION IN LIMINE
              REGARDING DEFENDANT'S STATEMENT WAS FILED UNTIMELY. THE COURT
              SIGNED THE STATE'S NOTICE OF INTENT TO FILE A WRIT AND DENIED
              ITS MOTION AND ORDER FOR STAY OF PROCEEDINGS. A COPY WAS
              TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD. THE
              RETURN DATE IS 9/13/19 BY 12:00 NOON DUE TO THIS MATTER BEING
              SET FOR TRIAL ON 9/17/19. >TRIAL SET FOR 09/17/19 IN SECTION F
              . >PDOJL
 09/13/2019                                                           DEDEA
              >RE: DEFENDANT, CHRISTOPHER ALEXANDER, A LETTER WAS SENT TO THE
              FOURTH CIRCUIT LOUISIANA COURT OF >APPEAL ON 9/13/19 ENCLOSING
              A COPY OF THIS COURT'S PER CURIAM IN REGARDS TO IT RULING ON
              THE STATE'S MOTION IN LIMINE REGARDING DEFENDANT'S STATEMENT.
 09/16/2019                                                           FISHERT
              CLERK'S OFFICE RECEIVED MOTION TO WITHDRAW LA.C.CR.P.ART.701
              MOTION AND CONTINUE TRIAL.
              >RE: DEFENDANT, CHRISTOPHER ALEXANDER, >SUPREME COURT WRIT #
              2019-K-0783 FILED TODAY. WRIT WAS GRANTED. THIS DAY. THIS WRIT
              WAS GRANTED BY THE SUPREME COURT. THE STAY >WAS DENIED. MOTION
              TO SUPPLEMENT GRANTED. THE COURT RECEIVED A COPY OF THE
              DEFENSE'S RESPONSE TO STATE'S PETITION FOR SUPERVISORY WRITS
              AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED ON
```

```
                                                  THE RECORD.
09/17/2019                                                          DEDEA
          >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
          COLIN REINGOLD & STAS MOROZ, FOR TRIAL. >CONTINUANCE ON DEFENSE
          MOTION THE COURT GRANTED THE DEFENSE'S MOTION TO WITHDRAW
          LA.C.CR.P.ART. 701 MOTION AND CONTINUE TRIAL AND A COPY WAS
          TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD.
          >TRIAL CONTINUED TO 11/12/19 IN SECTION F . >PDOJL
09/27/2019                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, >SUPREME COURT WRIT #
          2019-K-0783 FILED TODAY. WRIT WAS DENIED. THIS DAY. REHEARING
          WAS THIS DAY DENIED IN THE CASE ENTITLED.
10/21/2019                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE COURT RECIEVED A
          COPY OF THE DEFENSE'S PEITION FOR SUPERVISORY WRITS TO REVIEW
          THE TRIAL COURT'S DENIAL OF MR. >ALEXANDER'S MOTIONS TO
          SUPPRESS STATEMENT AND EVIDENCE VOLUME I AND A COPY WAS
          TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD.
10/28/2019                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE COURT RECIEVED A
          LETTER FROM THE LOUISIANA SUPREME COURT ADVISING THAT PLEADINGS
          WERE FILED ON 10/18/19 IN THIS MATTER.
10/29/2019                                                          DEDEA
          >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
          REINGOLD FOR PRE-TRIAL CONFERENCE >ON ORAL MOTION BY THE
          DEFENSE, THE COURT GRANTED A CONTINUANCE O THE 11/12/19 TRIAL
          DUE TO PENDING PLEADINGS BEFORE THE LOUISIANA SUPREME COURT.
          THE COURT NOTED THE STATE'S OBJECTION. >PRE-TRIAL CONFERENCE
          SET FOR 11/12/19 IN SECTION F . >PDOJL ****CLERK PLEASE VACATE
          THE 11/12/19 TRIAL.****
11/04/2019                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE COURT RECEIVED A
          COPY OF THE STATE'S RESPONSE TO DEFENDANT'S WRIT APPLICATION
          UNDER CASE #2019-KK-1664 AND A COPY WAS TENDERED >TO THE
          CLERK'S OFFICE TO BE PLACED IN THE RECORD.
11/12/2019                                                          DEDEA
          >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
          CONFERENCE WITH COUNSEL, COLIN REINGOLD & STAS MOR STAS MOROZ.
          THE COURT WAS ADVISED THAT A STAY WAS GRANTED IN THIS MATTER.
          THIS MATTER IS SET FOR STATUS REGARDING RULING ON THE PENDING
          WRIT. >STATUS HEARING SET FOR 12/10/19 IN SECTION F . >PDOJL
11/13/2019                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE SUPREME COURT OF
          LOUISIANA ORDERED THAT ALL PROCEEDINGS IN THIS MATTER ARE
          STAYED PENDING FURTHER ORDER OF THE COURT UNDER >CASE
          #2019-KK-01664.
12/10/2019                                                          DEDEA
          >DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT,
          CHRISTOPHER M ALEXANDER FOR STATUS HEARING >DEFENDANT IN
          CUSTODY AND NOT BROUGHT INTO COURT. >PRESENCE OF DEFENDANT
          WAIVED. ON BEHALF OF THE STATE, ERIC CUSIMANO STOOD IN FOR
          ARTHUR MITCHELL, WHO IS INTRIAL IN ANOTHER SECTION OF COURT.
          THIS MATTER IS STILL PENDING BEFORE THE SUPREME COURT. THERE IS
          A STAY IN THIS MATTER. >STATUS HEARING SET FOR 01/13/20 IN
          SECTION F . >PDOJL
01/13/2020                                                          DEDEA
          >RE: DEFENDANT, CHRISTOPHER ALEXANDER, >SUPREME COURT WRIT #
          2019-KK-01664 FILED TODAY. WRIT WAS GRANTED.
          >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR STATUS
          HEARING WITH COUNSEL, COLLIN REINGOLD & STAS MO MOROZ.
          >PRE-TRIAL CONFERENCE SET FOR 01/30/20 IN SECTION F . >PDOJL
01/30/2020                                                         ROUEGEL
          >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
          COLLIN REINGOLD & STAS MO FOR PRE-TRIAL CONFERENCE >PRE-TRIAL
          CONFERENCE SET FOR 01/31/20 IN SECTION F . >PDOJL
```

```
01/31/2020                                                    DEDEA
         >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
         COLLIN REINGOLD FOR PRE-TRIAL CONFERENCE >CONTINUED ON JOINT
         MOTION. >PRE-TRIAL CONFERENCE SET FOR 02/05/20 IN SECTION F .
         >PDOJL
02/05/2020                                                    DEDEA
         >DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT,
         CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE >DEFENDANT IN
         CUSTODY AND NOT BROUGHT INTO COURT. >CONTINUED ON STATE MOTION
         THE STATE IS IN TRIAL IN CASE #547-074. >PRE-TRIAL CONFERENCE
         SET FOR 02/11/20 IN SECTION F . >PDOJL
02/11/2020                                                    DEDEA
         >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL,
         COLLIN REINGOLD FOR PRE-TRIAL CONFERENCE >CONTINUED ON JOINT
         MOTION. >PRE-TRIAL CONFERENCE SET FOR 02/18/20 IN SECTION F .
         >PDOJL
02/18/2020                                                    FISHERT
         CLERK'S OFFICE RECEIVED MOTION FOR SPEEDY TRIAL.
         >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
         CONFERENCE WITH COUNSEL, COLLIN REINGOLD PRE-TRIAL WAS HELD TO
         NO AVAIL. THE COURT GRANTED THE DEFENSE'S MOTION FOR A SPEEDY
         TRIAL AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE
         PLACED IN THE RECORD. >TRIAL SET FOR 04/06/20 IN SECTION F .
         >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
04/06/2020                                                    DEDEA
         >DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT,
         CHRISTOPHER M ALEXANDER FOR TRIAL ANDRE GAUDIN APPEARED ON
         BEHALF OF THE STATE. THIS MATTER WAS HANDLED VIA PHONE
         CONFERENCE AS THE COURTHOUSE HAS BEEN CLOSED DUE TO COVID-19.
         DEFENSE COUNSEL WAIVED THE DEFENDANT'S PRESENCE AS NO INMATES
         ARE BEING TRANSPORTED BY DOC OR OPSO AT THIS TIME DUE TO COVID-19
         TODAY'S TRIAL HAS BEEN CONTINUED AS COURT AS COURT IS CLOSED DUE
         TO THE COVID-19 PANDEMIC. THE DEFENSE FILED ASSERTION OF SPEEDY
         TRIAL RIGHTS AND REQUEST FOR BOND REDUCTION. THE COURT AGREED
         WITH THE STATE IN REGARDS TO SPEEDY TRIAL RIGHTS BEING THAT THE
         COURT IS CLOSED DUE TO THE COVID-19 PANDEMIC. THE STATE
         OBJECTED TO MODIFICATION OF THE DEFENDANT'S CURRENT BAIL. THE
         COURT DENIED THE DEFENSE'S REQUEST FOR BOND REDUCTION. THE
         COURT NOTED THE DEFENSE'S OBJECTION. >TRIAL CONTINUED TO
         05/21/20 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL.
         >PDOJL
05/29/2020                                                    DEDEA
         >RE: DEFENDANT, CHRISTOPHER ALEXANDER, >PRE-TRIAL CONFERENCE
         SET FOR 06/11/20 IN SECTION F . >PDOJL
06/11/2020                                                    DEDEA
         >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
         CONFERENCE WITH COUNSEL, COLLIN REINGOLD DANIEL SMART APPEARED
         ON BEHALF OF THE STATE. THIS MATTER WAS HANDLED VIA VIDEO
         CONFERENCE AS THE COURTHOUSE IS CLOSED TO THE PUBLIC DUE TO
         COVID-19. THIS MATTER IS SET FOR A PRE-TRIAL CONFERENCE ON
         7/2/20 REGARDING SELECTION OF A TRIAL DATE. >PRE-TRIAL
         CONFERENCE SET FOR 07/02/20 IN SECTION F . >PDOJL
07/02/2020                                                    DEDEA
         >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
         CONFERENCE WITH COUNSEL, COLLIN REINGOLD DANIEL SMART APPEARED
         ON BEHALF OF THE STATE. THIS MATTER WAS HANDLED VIA VIDEO
         CONFERENCE AS THE COURTHOUSE IS CLOSED TO THE PUBLIC DUE TO
         COVID-19. THIS MATTER IS SET FOR A PRE-TRIAL CONFERENCE ON
         8/19/20 TO SELECT A TRIAL DATE. >PRE-TRIAL CONFERENCE SET FOR
         08/19/20 IN SECTION F . >PDOJL
07/06/2020                                                    FISHERT
         CLERK'S OFFICE RECEIVED ASSERTION OF SPEEDY TRIAL RIGHTS AND
         REQUEST FOR BOND REDUCTION.
08/19/2020                                                    DEDEA
         >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
```

```
                    CONFERENCE WITH COUNSEL, COLLIN REINGOLD DANIEL SMART APPEARED
                    ON BEHALF OF THE STATE. THIS MATTER WAS HANDLED VIA VIDEO
                    CONFERENCE AS THE COURTHOUSE IS CLOSED TO THE PUBLIC DUE TO
                    COVID-19. THE DEFENSE WITHDREW ITS ORAL MOTION TO REDUCE THE
                    BOND IN THIS MATTER. THIS MATTER IS SET FOR A PRE-TRIAL
                    CONFERENCE ON 9/30/20 TO SELECT A TRIAL DATE. THE COURT NOTED
                    THE DEFENSE'S OBJECTION TO THE MATTER NOT BEING SET FOR TRIAL.
                    >PRE-TRIAL CONFERENCE SET FOR 09/30/20 IN SECTION F . >PDOJL
     09/30/2020                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
                    CONFERENCE WITH COUNSEL, COLLIN REINGOLD THE DEFENDANT APPEARED
                    VIA VIDEO CONFERENCE. DANIEL SMART APPEARED ON BEHALF OF THE
                    STATE. DEFENSE STATED ITS INTENT TO FILE A MOTION FOR BOND
                    REDUCTION. THE DEFENSE MUST FILE ITS MOTION BY 10/5/20 AND THE
                    STATE'S RESPONSE IS DUE BY 10/13/20. >BOND HEARING SET FOR
                    10/19/20 IN SECTION F . >PDOJL
     10/05/2020                                                          FISHERT
                    CLERK'S OFFICE RECIVED MOTION FOR RELEASE FROM BAIL OBLIGATIONS
                    PURSUANT TO LA.C.CR.P.ART.701(D).OR,IN THE ALTERNATIVE,A BOND
                    REDICTION TO AN AMOUNT AFFORDABLE FOR MR.ALEXANDER.
     10/13/2020                                                          CHARLESR
                    CLERK'S OFFICE RECEIVED STATE'S MEMORANDUM IN OPPOSITION TO
                    DEFENDANT'S MOTION FOR RELEASE FOR BAIL OBLIGATIONS PURSUANT TO
                    LA.C.CR.P.ART.701(D). OR,IN THE ALTERNATIVE,A BOND REDUCTION TO
                    AND AMOUNT AFFORDAABLE FOR MR.ALEXANDER.
     10/19/2020                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR BOND
                    HEARING WITH COUNSEL, COLLIN REINGOLD, VIA ZOOM DANIEL SMART
                    APPEARED ON BEHALF OF THE STATE. BOTH THE DEFENSE AND STATE
                    GAVE ORAL ARGUMENT REGARDING THE DEFENSE'S MOTION FOR RELEASE
                    FROM BAIL OBLIGATIONS PURSUANT TO LA.C.CR.P. ART. 701(D), OR,
                    IN THE ALTERNATIVE, A BOND REDUCTION TO AN AMOUNT AFFORDABLE
                    FOR MR. ALEXANDER. THE COURT HAS TAKEN THIS MATTER UNDER
                    ADVISEMENT. >RULING SET FOR 11/02/20 IN SECTION F . >PDOJL
     11/02/2020                                                          DEDEA
                    >DEFENSE COUNSEL COLLIN REINGOLD APPEARED WITHOUT DEFENDANT,
                    CHRISTOPHER M ALEXANDER FOR RULING DANIEL SMART APPEARED ON
                    BEHALF OF THE STATE. >THE DEFENDANT IS IN THE CUSTODY OF THE
                    SHERIFF AND DID NOT MAKE THE JAIL LIST TO APPEAR VIA VIDEO
                    CONFERENCE. >THE COURT RESET THIS RULING. DUE TO HURRICANE ZETA
                    THE COURT NEEDS ADDITIONAL TIME TO RULE IN THIS MATTER. >RULING
                    SET FOR 11/09/20 IN SECTION F . >PDOJL
     11/09/2020                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
                    COUNSEL, COLIN REINGOLD DANIEL SMART APPEARED ON BEHALF OF THE
                    STATE. DEFENSE COUNSEL OBJECTED TO THIS MATTER NOT BEING SET
                    FOR TRIAL AND ADVISED DEFENSE REMAINS READY TO PROCEED WITH
                    TRIAL. >RULING SET FOR 12/02/20 IN SECTION F . >PDOJL
     12/02/2020                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
                    COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED VIA VIDEO
                    CONFERENCE. DANIEL SMART APPEARED VIA VIDEO CONFERENCE ON
                    BEHALF OF THE STATE. >RULING SET FOR 12/14/20 IN SECTION F .
                    >TRIAL SET FOR 02/01/21 IN SECTION F . >PDOJL
     12/14/2020                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
                    COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED VIA VIDEO
                    CONFERENCE. DANIEL SMART APPEARED ON BEHALF OF THE STATE.
                    >RULING SET FOR 01/05/21 IN SECTION F . >PDOJL
     01/04/2021                                                          DEDEA
                    >RE: DEFENDANT, CHRISTOPHER ALEXANDER, ***CLERK PLEASE VACATE
                    1/5/21 RULING IN THIS MATTER.*** >RULING SET FOR 01/06/21 IN
                    SECTION F . >PDOJL
     01/06/2021                                                          DEDEA
                    >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
```

```
              COUNSEL, COLIN REINGOLD DANIEL SMART APPEARED ON BEHALF OF THE
              STATE. THE DEFENDANT APPEARED VIA VIDEO CONFERENCE. >RULING SET
              FOR 01/11/21 IN SECTION F . >PDOJL
01/11/2021                                                           DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR RULING THE DEFENDANT APPEARED VIA
              VIDEO CONFERENCE. DANIEL SMART APPEARED ON BEHALF OF THE STATE.
              THE COURT DENIED THE DEFENSE'S MOTION FOR RELEASE FROM BAIL
              OBLIGATIONS PURSUANT TO LA.C.CR.P. ART. 701(D), OR, IN THE
              ALTERNATIVE, A BOND REDUCTION TO AN AMOUNT AFFORDABLE FOR MR.
              ALEXANDER. THE COURT NOTED THE DEFENSE'S OBJECTION. THE COURT
              SIGNED THE DEFENSE'S NOTICE OF INTENT TO APPLY FOR SUPERVISORY
              WRITS AND GAVE A RETURN DATE OF 2/10/21. THERE WAS NO STAY
              GRANTED IN THIS MATTER. THE DEFENSE ADIVSED ITS MOTION IN
              LIMINE TO EXCLUDE CUMMULATIVE, PREJUDICIAL AND/OR IRRELEVANT
              EVIDENCE IS MOOT. >PRE-TRIAL CONFERENCE SET FOR 02/01/21 IN
              SECTION F . >TRIAL SET FOR 03/01/21 IN SECTION F . >SEND
              NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
02/01/2021                                                           DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD VIA PHONE W/ THE STATE APPEARED
              ON BEHALD OF DEFENDANT, CHRISTOPHER M ALEXANDER, FOR PRE-TRIAL
              CONFERENCE; DEFENDANT DID NOT APPEAR. >CONTINUED ON JOINT
              MOTION. >PRE-TRIAL CONFERENCE SET FOR 02/03/21 IN SECTION F .
              >PDOJL
02/03/2021                                                           DEDEA
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
              CONFERENCE WITH COUNSEL, COLIN REINGOLD THE DEFENDANT AND
              DEFENSE COUNSEL APPEARED VIA VIDEO CONFERENCE. THE COURT RESET
              THIS TRIAL PURSUANT TO THE ORDER OF THE SUPREME COURT DATED
              1/11/21 STATING NO CIVIL OR CRIMINAL JURY TRIAL SHALL COMMENCE
              IN ANY LOUISIANA STATE COURT BEFORE 3/1/21. THE STATE AND
              DEFENSE ARE WORKING ON A RESOLUTION IN THIS MATTER. >PRE-TRIAL
              CONFERENCE SET FOR 02/10/21 IN SECTION F . >PDOJL
02/10/2021                                                           DEDEA
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR PRE-TRIAL
              CONFERENCE WITH COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED
              VIA VIDEO CONFERENCE. THE STATE AND DEFENSE WERE UNABLE TO COME
              TO A RESOLUTION IN THIS MATTER. >DISCOVERY HEARING SET FOR
              02/23/21 IN SECTION F . >TRIAL SET FOR 03/01/21 IN SECTION F .
              >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PLACE THE DEFENDANT ON THE
              JAIL LIST FOR 3/1/21. >THE DEFENDANT'S PRESENCE IS NOT REQUIRED
              ON 2/23/21.
02/23/2021                                                           DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR DISCOVERY HEARING THIS MATTER WAS
              HANDLED VIA VIDEO CONFERENCE. THE DEFENDANT IS IN THE CUSTODY
              OF OPP/OJC AND DID NOT APPEAR VIA VIDEO CONFERENCE AS OPSO DOES
              NOT BRING DEFENDANT'S TO APPEAR IN SECTION "F" ON TUESDAYS.
              >CONTINUED ON JOINT MOTION. >DISCOVERY HEARING SET FOR 03/01/21
              IN SECTION F . >PDOJL
03/01/2021                                                           DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED WITH COUNSEL, COLIN
              REINGOLD FOR DISCOVERY HEARING THE DEFENDANT APPEARED VIA VIDEO
              CONFERENCE. ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE.
              >CONTINUED ON JOINT MOTION. >DISCOVERY HEARING SET FOR 03/22/21
              IN SECTION F . >PDOJL
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR TRIAL WITH
              COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED VIA VIDEO
              CONFERENCE. ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE. THE
              COURT RESET THIS TRIAL PURSUANT TO THE ORDER OF RT BEFORE THE
              SUPREME COURT DATED 2/11/21 STATING NO CIVIL OR CRIMINAL JURY
              TRIAL SHALL COMMENCE IN ANY LOUISIANA STATE COURT BEFORE
              4/1/21. >DISCOVERY HEARING SET FOR 03/22/21 IN SECTION F .
              >PDOJL
03/10/2021                                                           DEDEA
```

```
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE ANDRE GAUDIN
              APPEARED VIA VIDEO CONFERENCE ON BEHALF OF THE STATE >PRESENCE
              OF DEFENDANT WAIVED. ***CLERK PLEASE VACATE THE 3/22/21
              DISCOVERY HEARING DUE TO RESOLUTION DAYS.*** >DISCOVERY HEARING
              SET FOR 03/29/21 IN SECTION F . >PDOJL
03/29/2021                                                            DEDEA
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR DISCOVERY
              HEARING WITH COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED VIA
              VIDEO CONFERENCE. ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE
              VIA VIDEO CONFERENCE THE STATE WILL RESPOND TO THE DEFENSE'S
              MOTIONS BY 4/5/21. >RULING SET FOR 04/14/21 IN SECTION F .
              >PDOJL
03/30/2021                                                          FISHERT
              CLERK'S OFFICE RECEIVED MOTION TO EXCLUDE JAIL CALLS AND ANY ALL
              EVIDENCE REFERENCING THE ILLEGALLY COERCED COBFESSION.
04/05/2021                                                          FISHERT
              CLERK'S OFFICE RECEIVED MOTION TO EXCLUDE LATE DISCOVERY AS
              UNTIMELY IN VIOLATION OF THE CODE OF CRIMINAL PROCEDURE AND AS A
              VIOLATION OF MR.ALEXANDER'S STATE AND FEDERAL SPEEDY TRIAL RIGHTS
              CLERK'S OFFICE RECEIVED STATE'S RESPONSE TO DEFENSE MOTION TO
              EXCLUDE LATE DISCOVERY AS UNTIMELY IN VIOLATION OF THE CODE OF
              CRIMINAL PROCEDURE AND AS A VIOLATION OF MR.ALEXANDER'S STATE
              AND FEDERAL SPEEDY TRIAL RIGHTS;STATE'S RESPONSE TO DEFENSE
              MOTION TO EXCLUDE JAIL CALLS AND ANY AND ALL EVIDENCE REFERENCE
              THE ILLEGALLY COERCED CONFESSION.
04/12/2021                                                         CHARLESR
              CLERK'S OFFICE RECEIVED REPLY TO STATT'S RESPONSE REGARDING THE
              EXCLUSION OF JAIL CALLS AND REFERENCES TO COERCED CONFESSION.
04/14/2021                                                            DEDEA
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER FOR RULING ANDRE GAUDIN APPEARED VIA
              VIDEO CONFERENCE ON BEHALF OF THE STATE. THE DEFENDANT IS IN
              THE CUSTODY OF OPP/OJC AND DID NOT APPEAR VIA VIDEO CONFERENCE.
              >RULING SET FOR 04/19/21 IN SECTION F . >PDOJL
04/19/2021                                                            DEDEA
              >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
              COUNSEL, COLIN REINGOLD THE DEFENDANT APPEARED VIA VIDEO
              CONFERENCE. ANDRE GAUDIN AND BEN COHEN APPEARED VIA VIDEO
              CONFERENCE ON BEHALF OF THE STATE. THE COURT DENIED THE
              DEFENSE'S MOTION TO EXCLUDE LATE DISCOVERY AS UNTIMELY IN
              VIOLATION OF THE CODE OF CRIMINAL PROCEDURE AND AS A VIOLATION
              OF MR. ALEXANDER'S STATE AND FEDERAL SPEEDY TRIAL RIGHTS. THE
              COURT NOTED THE DEFENSE'S OBJECTION. THE COURT DENIED THE
              DEFENSE'S MOTION TO EXCLUDE JAIL CALLS AND ANY AND ALL EVIDENCE
              REFERENCE THE ILLEGALLY COERCED CONFESSION. THE COURT NOTED THE
              DEFNESE'S OBJECTION. COPIES OF BOTH MOTIONS WERE TENDERED TO
              THE CLERK'S OFFICE TO BE PLACED IN THE RECORD. THE DEFENSE
              STATED IT'S INTENT TO SEEK WRITS. THE RETURN DATE IS 5/19/21.
              THERE WAS NO STAY REQUESTED IN THIS MATTER. >TRIAL SET FOR
              09/07/21 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL.
              >PDOJL
05/05/2021                                                          FISHERT
              CLERK'S OFFICE RECEIVED NOTICE OF INTENTION TO APPLY FOR
              SUPERVISORY WRITS AND MOTION TO SET RETURN DATE.
              >DEFENSE COUNSEL COLIN REINGOLD APPEARED WITHOUT DEFENDANT,
              CHRISTOPHER M ALEXANDER, THE COURT SIGNED THE DEFENSE'S NOTICE
              OF INTENTION TO APPLY FOR >SUPERVISORY WRITS AND MOTION TO SET
              RETURN DATE AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE
              PLACED IN THE RECORD. THE RETURN DATE IS 5/19/21.
05/19/2021                                                          FISHERT
              CLERK'S OFFICE RECEIVED PETITION FOR SUPERVISORY WRITS TO REVIEW
              THE HONORABLE JUDGE PITTMAN'S RULING PERMITTING THE STATE TO
              INTRODUCE AN IRRELEVANT JAIL CALL FOR THE OBVIOUS PURPOSE OF
              BACK DOORING IN A SUPPRESSED CONFESSION.
```

| Date | | Clerk |
|---|---|---|
| 06/02/2021 | | DEDEA |

>RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE COURT RECEIVED A COPY OF THE STATE'S OPPOSITION TO WRIT APPLICATIONS FILED UNDER CASE #2021-K-0304 WITH THE FOURTH >CIRCUIT COURT OF APPEAL AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD.

07/29/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLESR
CLERK'S OFFICE RECEIVED APPLICATION FOR WRIT OF SUPERVISORY REVIEW.

08/02/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEDEA
>RE: DEFENDANT, CHRISTOPHER ALEXANDER, >FOURTH CIRCUIT WRIT # 2021-K-0304 FILED TODAY. WRIT WAS GRANTED. >REALTOR/DEFENDANT SOUGHT REVIEW OF THE DISTRICT COURT'S 4/19/21 RULING WHICH DENIED DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PREJUDICIAL AND IRRELEVANT EVIDENCE. THE FOURTH CIRCUIT COURT OF APPEAL VACATED THE DISTRICT COURT'S JUDGMENT DENYING DEFENDANT'S MOTION IN LIMINE AND GRANT DEFENDANT'S WRIT TO EXCLUDE THE JAILHOUSE PHONE CALL OBJECTED TO HEREIN. THE COURT HAS RECEIEVED A COPY OF THE ORIGINAL WRIT APPLICATION OF THE STATE OF LOUISIANA, APPLICANT FILED WITH THE SUPREME COURT UNDER CASE #2021-KK-01113.

10/07/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEDEA
>DEFENSE COUNSEL MARISH HOLDER APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE ANDRE GAUDIN APPEARED VIA VIDEO CONFERENCE ON BEHALF OF THE STATE. >PRESENCE OF DEFENDANT WAIVED. THIS MATTER WAS NOT HANDLED ON 9/7/21 DUE TO CRIMINAL DISTRICT COURT BEING CLOSED ON 8/30/21 - 9/19/21 DUE TO HURRICANE IDA. THE DEFENSE ADVISED IT WILL ADPOTE ALL OF THE MOTIONS PREVIOUSLY FILED IN THIS MATTER AND STATED ITS INTENT TO FILE A MOTION FOR SPEEDY TRIAL. >TRIAL SET FOR 12/06/21 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

10/20/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　FISHERT
CLERK'S OFFICE RECEIVED MOTION FOR A SPEEDY TRIAL.

10/21/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEDEA
>DEFENSE COUNSEL MARISH HOLDER APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE CHRISTIAN HEBERT-PRYOR STOOD IN FOR ANDRE GAUDIN ON BEHALF OF THE STATE. THE COURT GRANTED THE DEFENSE'S MOTION FOR A SPEEDY TRIAL AND A COPY WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACE IN THE RECORD. THE STATE HAD NO OBJECTION AT THIS TIME. >PRESENCE OF DEFENDANT WAIVED. >TRIAL SET FOR 12/06/21 IN SECTION F .

11/03/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　FISHERT
CLERK'S OFFICE RECEIVED MOTION AND ORDER FOR STAY OF PROCEEDINGGS >RE: DEFENDANT, CHRISTOPHER ALEXANDER, ANDRE GAUDIN APPEARED ON BEHALF ON BEHALF OF THE STATE. >PRE-TRIAL CONFERENCE SET FOR 11/10/21 IN SECTION F . >NOTIFY DEF.COUNSEL. >PDOJL

11/10/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEDEA
>RE: DEFENDANT, CHRISTOPHER ALEXANDER, ***CLERK PLEASE VACATE THE 12/6/21 TRIAL.***
>DEFENSE COUNSEL MARISH HOLDER APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE. >PRESENCE OF DEFENDANT WAIVED. THE 701 DATE REGARDING THE DEFENSE'S MOTION FOR SPEEDY TRIAL IS 2/18/22. THE COURT GRANTED THE STATE'S MOTION AND ORDER FOR STAY OF PROCEEDINGS UNTIL 1/31/22 FOR THE REASONS PLACED ON THE RECORD. THE COURT NOTED THE DEFENSE'S OBJECTION. >TRIAL SET FOR 02/22/22 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

02/01/2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEDEA
>DEFENSE COUNSEL ANNICK JORDAN APPEARED WITHOUT DEFENDANT, CHRISTOPHER M ALEXANDER FOR TRIAL ***THIS MATTER WAS SET IN ERROR FOR TRIAL ON 2/22/22 AND SHOULD HAVE BEEN SET TODAY, 2/1/22.*** ***CLERK PLEASE VACATE 2/22/22 TRIAL.*** >PRE-TRIAL CONFERENCE SET FOR 02/22/22 IN SECTION F . >PDOJL

```
02/22/2022                                                            DEDEA
         >DEFENSE COUNSEL MARIAH HOLDER APPEARED WITHOUT DEFENDANT,
         CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE >PRESENCE OF
         DEFENDANT WAIVED. ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE.
         THE STATE ADVISED THAT ITS WRIT HAS BEEN DENIED BY THE LOUISIANA
         SUPREME COURT. ALL PRE-TRIAL MOTIONS THAT WERE FILED IN THIS
         MATTER HAVE BEEN ADDRESSED. >TRIAL SET FOR 03/21/22 IN SECTION
         F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
03/17/2022                                                          FISHERT
         CLERK'S OFFICE RECEIVED STATE'S INVENTORY OF DISCOVERY TENDERED
         AND MOTION FOR DISCOVERY;STATE'S NOTICE PURSUANT TO LA.C.CR.P.
         ART.767,&768 STATE'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT
         TO LA.C.E.902(11)
03/21/2022                                                          FISHERT
         CLERK'S OFFICE RECEIVED MOTION IN LIMINE TO BAR TESTIMONY AS TO
         EXCLUDED EVIDENCE AND FOR THE STATE TO ADMONISH WITNESSES
         OUTSIDE THE PRESENCE OF THE JURY;MOTION IN LIMINE TO BAR
         SPEAKING OBJECTIONS REFERENCING INDMISSIBLE EVIDENCE IN THE
         PRESENCE OF THE JURY.
         >DEFENDANT, CHRISTOPHER M ALEXANDER , APPEARED REPRESENTED BY
         COURT FOR TRIAL REPRESENTED BY MARIAH HOLDER and ANNICK JORDAN.
         >DEFENDANT ELECTED TRIAL BY JURY. >ANDRE GAUDIN and EDWARD
         MCGOWAN REPRESENTED THE STATE. THE STATE AND DEFENSE AGREED TO
         THE FOLLOWING STIPULATIONS: -THE EXPERTISE OF THE STATE'S 3
         EXPERT WITNESSES; -THE ADMISSIBILITY OF THE EXPERT REPORT
         REGARDING THE FIREARM; & -THE FACT THAT THE T-MOBILE RECORDS,
         THE CAB RECORDS, AND THE FACEBOOK & INSTAGRAM REPORTS ARE SELF
         AUTHENTICATING DOCUMENTS. THE STATE ADVISED OF INTENT TO USE A
         REDACTED COPY OF THE INTERVIEW OF THE DEFENDANT. THE DEFENSE
         HAD NO OBJECTION. THE DEFENDANT DECLINED THE PLEA OFFER PLACED
         ON THE RECORD BY THE STATE. THE COURT GRANTED IN PART AND
         DENIED IN PART THE DEFENSE'S MOTION IN LIMINE TO BAR TESTIMONY
         AS TO EXCLUDED EVIDENCE AND FOR THE STATE TO ADMONISH WITNESSES
         OUTSIDE THE PRESENCE OF THE JURY. THE COURT GRANTED IN PART THE
         DEFENSE'S MOTION IN LIMINE TO BAR SPEAKING OBJECTIONS
         REFERENCING INADMISSIBLE EVIDENCE IN THE PRESENCE OF THE JURY.
         >TRIAL CONTINUED TO 03/22/22 IN SECTION F . >PDOJL
03/22/2022                                                       CATHERINEG
         CLERK'S OFFICE RECEIVED MOTION IN LIMINE TO EXCLUDEE INADMISSIBLE
         404(B)TESTIMONY BY WITNESS.MOTION IN LIMINE TO PROHIBIT STATE AND
         WITNESSES FROM REFERRING TO MR.ALEXANDER'S STATEMENT IN POLICE
         INTERROGATION ROOM AS INCOMPLETE OR REDACTED.
         >DEFENDANT, CHRISTOPHER M ALEXANDER , APPEARED REPRESENTED BY
         COURT FOR TRIAL REPRESENTED BY MARIAH HOLDER. THE STATE AND
         DEFENSE AGREED TO A STIPULATION REGARDING THE DEFENSE'S MOTION
         IN LIMINE TO PROHIBIT STATE AND WITNESSES FROM REFERRING TO MR.
         ALEXANDER'S STATEMENT IN POLICE INTERROGATION ROOM AS
         INCOMPLETE OR REDACTED. THE DEFENSE'S MOTION IN LIMINE TO
         EXCLUDE INADMISSIBLE EVIDENCE PURSUANT TO ARTS. 404(B), 403 AND
         402 OF THE LOUISIANA CODE OF EVIDENCE IS MOOT BECAUSE THE STATE
         WILL NOT BE ELICITING SUCH TESTIMONY FROM JONTRICE MIMS. THE
         COURT DENIED THE DEFENSE'S ORAL MOTION TO BAR THE STATE FROM
         INTRODUCTION OF 404(B) THROUGH THE EXPECTED TESTIMONY OF DET.
         RAYEL JOHNSON. THE COURT WILL ALLOW THE STATE TO USE THE
         PORTION OF THE DEFENDANT'S STATEMENT THAT WAS DISCUSSED ON THE
         RECORD. THE COURT NOTED THE DEFENSE'S OBJECTION. THE DEFENSE
         STATED IT'S INTENT TO SEEK A WRIT. THE COURT DENIED THE
         DEFENSE'S REQUEST FOR A STAY. THE RETURN DATE IS 3/22/22 AT
         8:00 P.M. THE COURT PREVIOUSLY DENIED THE STATE'S ORAL REQUEST
         TO ALLOW THE VICTIM'S FAMILY TO DISPLAY A PHOTO OF THE VICTIM
         DURING TRIAL DUE TO LACK OF NOTICE. THE COURT LATER GRANTED THE
         STATE'S ORAL REQUEST FOR PERMISSION TO ALLOW THE VICTIM'S
         FAMILY TO DISPLAY PHOTOS OF THE VICTIM DURING TRIAL UNDER THE
         RULES OF LA.C.CR.P. ART. 761.1. >ANDRE GAUDIN and EDWARD
         MCGOWAN REPRESENTED THE STATE. >TRIAL CONTINUED FROM 03/21/22
```

```
              >STATE WITNESSES: >STATE EVIDENCE: S-001 S-002 S-003 S-004
              S-005 S-006 S-007 S-008 S-009 S-01A S-01B S-01C S-02A S-07A
              S-08A >TRIAL CONTINUED TO 03/23/22 IN SECTION F . >PDOJL
 03/23/2022                                                       FISHERT
              TRIAL SET FOR 03/23/2022 @ 8:30 A.M. IN SECTION F. < PDOJL
              *******************************************************************
              CLERK'S OFFICE RECEIVED MOTION IN LIMINE TO EXCLUDE BACK-DOOR
              HEARSAY THROUGH POLICE OFFICERS AND SPECULATIVE TESTIMONY.
              MOTION IN LIMINE TO PROHIBIT OPINION TESTIMONY AND SPECULATION
              FROM STATE'S WITNESS.
              CLERK'S OFFICE RECEIVED OPPOSITION TO DEFENDANT'S MOTION IN LIMIN
              E TO EXCLUDE BACK-DOOR HEARSAY.
              >RE: DEFNDANT, CHRISTOPHER ALEXANDER, THE COURT RECEIVED A
              COPIES OF THE DEFENSE'S PETITION FOR SUPERVISORY WRITS TO
              REVIEW DISTRICT COURT'S MARCH 22, 2023 RULING ADMITTING
              UN-NOTICED, PREJUDICIAL PRIOR BAD ACTS EVIDENCE AND MOTION TO
              CLARIFY PREVIOUSLY FILED WRIT APPLICATION. THESE WRITS WERE
              FILED WITH THE FOURTH CIRCUIT COURT OF APPEAL UNDER CASE NO.
              2022-K-0182. COPIES OF BOTH WERE TENDERED TO THE CLERK'S OFFICE
              TO BE PLACED IN THE RECORD. THE COURT RECEIVED A COPY OF THE
              RESPONSE OF THE STATE OF LOUISIANA FILED WITH THE FOURTH
              CIRCUIT COURT OF APPEAL UNDER CASE NO. 2022-K-0182. A COPY WAS
              TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE RECORD. THE
              COURT RECEIEVED A COPY OF AND COMPLIED WITH THE FOURTH CIRCUIT
              COURT OF APPEAL ORDER UNDER CASE NO. 2022-K-0182. CONSIDERING
              THE APPLICATION FOR EXPEDITED SUPERVISORY REVIEW AND REQUEST
              FOR STAY FIELD BY RELATOR, CHRISTOPHER ALEXANDER, IT WAS HEREBY
              ORDERED THAT THE MATTER IS STAYED UNTIL 1:00 P.M. ON 3/23/22;
              IT IS FURTHER ORDERED THAT THE STATE OF LOUISIANA IS TO FILE A
              RESPONSE TO RELATOR'S WRIT APPLICATION AND PROVIDE THE FOURTH
              CIRCUIT COURT OF APPEAL WITH RELATOR'S VIDEO- RECORDED
              STATEMENT THE STATE OF LOUISIANA SEEKS TO USE AS IMPEACHMENT
              EVIDENCE NO LATER THAN 11:00 A.M. ON 11/23/22; & IT IS FURTHER
              ORDERED THAT THE HONORABLE ROBIN D. PITTMAN SUMBIT A PER CURIAM
              TO THE FOURTH CIRCUIT COURT OF APPEAL NO LATER THAN 11:00 A.M.
              ON 3/23/22. A COPY OF THE ORDER WAS TENDERED TO THE CLERK'S
              OFFICE TO BE PLACED IN THE RECORD. A COPY OF THIS COURT'S PER
              CURIAM WAS TENDERED TO THE CLERK'S OFFICE TO BE PLACED IN THE
              RECORD. >FOURTH CIRCUIT WRIT # 2022-K-0182 FILED TODAY. WRIT
              WAS DENIED. >RELATOR, CHRISTOPHER ALEXANDER, SOUGHT REVIEW OF
              THE DISTRICT COURT'S 3/22/22 RULING DENYING RELATOR'S MOTION IN
              LIMINE TO EXCLUDE PRIOR BAD ACTS EVIDENCE. THE RELATOR'S WRIT
              IS DENIED. ADDITIONALLY, THE STAY ISSUED ON 3/22/22 IS HEREBY
              LIFTED AND RELATOR'S MOTION TO CLARIFY PREVIOUSLY FILED WRIT IS
              DENIED AS MOOT.
              >DEFENDANT, CHRISTOPHER M ALEXANDER , APPEARED REPRESENTED BY
              MARIAH HOLDER >ANDRE GAUDIN and EDWARD MCGOWAN REPRESENTED THE
              STATE. THE COURT DENIED THE DEFENSE'S MOTION IN LIMINE TO
              PROHIBIT OPINION TESTIMONY AND SPECULATION FROM STATE'S
              WITNESES. THE COURT NOTED THE DEFENSE'S OBJECTION. THE COURT
              FOUND THE DEFENSE'S MOTION IN LIMINE TO EXCLUDE BACK-DOOR
              HEARSAY THROUGH POLICE OFFICERS AND SPECULATIVE TESTIMONY TO BE
              PREMATURE AND WILL RULE ON A CASE BY CASE BASES. THE COURT
              NOTED THE DEFENSE'S OBJECTION. >TRIAL CONTINUED FROM 03/22/22
              >STATE WITNESSES: >STATE EVIDENCE: S-001 S-002 S-003 S-004
              S-005 S-006 S-007 S-008 S-009 S-01A S-01B S-01C S-010 S-011
              S-012 S-013 S-014 S-015 S-016 S-017 S-018 S-019 S-02A S-020
              S-021 S-022 S-023 S-024 S-025 S-026 S-027 S-028 S-029 S-030
              S-031 S-032 S-033 S-034 S-035 S-036 S-037 S-038 S-039 S-040
              S-041 S-042 S-043 S-044 S-07A S-08A >TRIAL CONTINUED TO
              03/24/22 IN SECTION F . >PDOJL
 03/24/2022                                                         DEDEA
              >DEFENDANT, CHRISTOPHER M ALEXANDER , APPEARED REPRESENTED BY
              COURT FOR TRIAL REPRESENTED BY MARIAH HOLDER. >ANDRE GAUDIN and
              EDWARD MCGOWAN REPRESENTED THE STATE. >TRIAL CONTINUED FROM
```

```
             03/23/22 >JURY RETIRED TO DELIBERATE. >JURY RETURNED WITH
             VERDICT. >FOR DEFENDANT CHRISTOPHER M ALEXANDER THE FOLLOWING
             ITEMS WERE PLACED UNDER SEAL: -STATE AND DEFENSE'S CHALLENGE
             SHEETS; -VERDICT FORM AND SLIPS; AND -JURY PANEL SELECTION
             REPORT. >FOR 1 RS 14 30.1 DEFENDANT FOUND GUILTY BY JURY. 12
             OUT OF 12 JURORS AGREED. THIS IS A LEGAL VERDICT. >FOR 2 RS 14
             130.1 DEFENDANT FOUND GUILTY BY JURY. 12 OUT OF 12 JURORS
             AGREED. THIS IS A LEGAL VERDICT. >SENTENCING SET FOR 04/06/22
             IN SECTION F . >PDOJL
03/28/2022                                                            DEDEA
             >RE: DEFENDANT, CHRISTOPHER ALEXANDER, THE FOLLOWING ITEMS ARE
             NEW EVIDENCE INTRODUCED DURING TRIAL INTO COURT AND WERE SENT
             TO PROPERTY & EVIDENCE UNDER ITEM >NUMBER A0854218: 1. A USB
             DRIVE CONTAINING THE STATE'S DICITAL TRIAL EXHIBITS (-EX 1
             CELLPHONE EXTRACTION REP.; -EX 2 T-MOBILE CALL DETAIL RECORDS;
             -EX 4 CUN RANGE VIDEO; -EX 5 GUN RANGE RECEIPT; -EX 7 FACEBOOK
             RECORDS; -EX 8 INSTAGRAM RECORDS; -EXS 10-35 CRIME SCENE
             PHOTOS; -EXS 38-41 MAP PHOTOS; -EX 42 UNITED CAB AUDIO
             RECORDING; -EX 44 911 AUDIO RECORDING; AND -EX 37 DEFENDANT'S
             STATEMENT) 2. S-36 (3) 45 SHELL CASINGS; AND 3. S-3 (1) BLACK &
             SILVER GALAXY 8 CELLPHONE. THE FOLLOWING ITEMS ARE NOPD
             EVIDENCE AND WERE SENT TO PROPERTY & EVIDENCE UNDER ITEM NUMBER
             A0854218: -ONE LA DL FOR IDRICK BRISTER; -ONE BLACK SLIPPER;
             -ONE PAIR OF CUT BLUE JEAN W/ BELT; -ONE PAIR OF CUT BLUE
             UNDERWEAR; -ONE PAIR OF WHITE ANKLE SOCKS; -ONE LARGE WHITE
             TOWEL; -ONE CUT WHITE T-SHIRT; -ONE CUT RED SHIRT; AND -ONE CUT
             TAN JACKET.
03/29/2022                                                          FISHERT
             CLERK'S OFFICE RECEIVED STATE MOTION AND ORDER TO CONTINUE.
             >DEFENSE COUNSEL ANNICK JORDAN, VIA ZOOM, APPEARED WITHOUT
             DEFENDANT, CHRISTOPHER M ALEXANDER FOR FILING(S) IN OPEN COURT
             ANDRE GAUDIN APPEARED VIA VIDEO CONFERENCE ON BEHALF OF THE
             STATE. THE COURT GRANTED THE STATE'S MOTION AND ORDER TO
             CONTINUE THE 4/6/22 SENTENCING AND A COPY WAS TENDERED TO THE
             CLERK'S OFFICE TO BE PLACED IN THE RECORD. THE DEFENSE HAD NO
             OBJECTION. THE COURT GRANTED THE DEFENSE'S REQUEST FOR AN
             EXTENSION OF THE DEADLINE TO FILE SENTENCING MEMOS BY 4/13/22.
             ***CLERK PLEASE VACATE 4/6/22 SENTENCING.*** >SENTENCING SET
             FOR 04/20/22 IN SECTION F . >PDOJL
04/13/2022                                                          FISHERT
             CLERK'S OFFICE RECEIVED MOTION TO WITHDRAW AS COUNSEL OF RECORD;
             MOTION FOR POST VERDICT JUDGMENT OF ACQUITTAL;MOTION FOR APPEAL
             AND APPOINTMENT OF APPELLATE COUNSEL;MOTION FOR NEW TRIAL.
04/20/2022                                                            DEDEA
             >DEFENSE COUNSEL MARIAH HOLDER, VIA ZOOM, APPEARED WITHOUT
             DEFENDANT, CHRISTOPHER M ALEXANDER FOR SENTENCING ANDRE GAUDIN
             APPEARED ON BEHALF OF THE STATE. >CONTINUED ON DEFENSE MOTION.
             >SENTENCING SET FOR 05/18/22 IN SECTION F . >PDOJL
05/17/2022                                                          FISHERT
             CLERK'S OFFICE RECEIVED MOTION FOR DOWNWARD DEPARTURE.
05/18/2022                                                            DEDEA
             >DEFENSE COUNSEL MARIAH HOLDER APPEARED WITHOUT DEFENDANT,
             CHRISTOPHER M ALEXANDER FOR SENTENCING >DEFENDANT IN CUSTODY
             AND NOT BROUGHT INTO COURT. WILLIAM DETERS STOOD IN FOR ANDRE
             GAUDIN ON BEHALF OF THE STATE. THIS MATTER IS SET FOR A RULING
             ON 6/15/22 REGARDING THE DEFENSE'S MOTIONS. >CONTINUED ON STATE
             MOTION THE STATE IS IN TRIAL IN CASE #550-596. >RULING SET FOR
             06/15/22 IN SECTION F . >PDOJL
06/07/2022                                                          FISHERT
             CLERK'S OFFICE RECEIVED STATE'S OPPOSITION TO MOTION FOR POST
             VERDICT JUDGMENT OF ACQUITTAL;STATE'S RESPONSE TO DEFENDANT'S
             MOTION FOR NEW TRIAL;STATE'S RESPONSE TO THE DEFENDANT'S MOTION
             FOR DOWNWARD DEPARTURE.
06/15/2022                                                            DEDEA
             >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
```

```
                COUNSEL, MARIAH HOLDER THE DEFENDANT APPEARED VIA VIDEO
                CONFERENCE. ANDRE GAUDIN APPEARED ON BEHALF OF THE STATE.
                >RULING SET FOR 07/20/22 IN SECTION F . >SENTENCING SET FOR
                08/03/22 IN SECTION F . >PDOJL
07/20/2022                                                            DEDEA
                >DEFENSE COUNSEL MARIAH HOLDER APPEARED WITHOUT DEFENDANT,
                CHRISTOPHER M ALEXANDER FOR RULING >THE DEFENDANT IS IN THE
                CUSTODY OF THE SHERIFF AND DID NOT APPEA IN PERSON OF VIA VIDEO
                CONFERENCE. DEFENSE COUNSEL WAIVED THE DEFENDANT'S PRESENCE.
                WILLIAM DETERS STOOD IN FOR ANDRE GAUDIN ON BEHALF OF THE STATE.
                THE STATE IS IN TRIAL IN CASE #543-924. >CONTINUED ON STATE
                MOTION ***CLERK PLEASE VACATE 8/3/22 SENTENCING.*** >PRE-TRIAL
                CONFERENCE SET FOR 08/03/22 IN SECTION F . >PDOJL
08/03/2022                                                            DEDEA
                >DEFENSE COUNSEL MARIAH HOLDER APPEARED WITHOUT DEFENDANT,
                CHRISTOPHER M ALEXANDER FOR PRE-TRIAL CONFERENCE >DEFENDANT IN
                CUSTODY AND NOT BROUGHT INTO COURT. ANDRE GAUDIN APPEARED VIA
                VIDEO CONFERENCE ON BEHALF OF THE STATE. >PRESENCE OF DEFENDANT
                WAIVED. >RULING SET FOR 08/12/22 IN SECTION F . >PLACE THE
                DEFENDANT ON THE JAIL LIST TO APPEAR IN PERSON.
08/12/2022                                                            DEDEA
                >THE DEFENDANT, CHRISTOPHER M ALEXANDER APPEARED FOR RULING WITH
                COUNSEL, MARIAH HOLDER ANDRE GAUDIN APPEARED ON BEHALF OF THE
                STATE. THE COURT DENIED THE DEFENSE'S MOTION FOR POST VERDICT
                JUDGMENT OF ACQUITTAL. THE COURT NOTED THE DEFENSE'S OBJECTION.
                THE COURT DENIED THE DEFENSE'S MOITON FOR NEW TRIAL. THE COURT
                NOTED THE DEFENSE'S OBJECTION. >SENTENCING SET FOR 09/30/22 IN
                SECTION F . >RULING SET FOR 09/30/22 IN SECTION F . >PDOJL
================================================================================
                              END OF DOCKET MASTER
================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.