UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER M. ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2256-WBV** |
| **LOUISIANA STATE, ET AL.** | **SECTION D (1)** |

## ORDER

The Court, having considered the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person In State Custody,[1] the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge,[2] to which there are no objections,[3] and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Additionally, Rule 11(a) of the Rules Governing 28 U.S.C. § 2254 proceedings provides that, "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right."[4] The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for

---

[1] R. Doc. 4.
[2] R. Doc. 7.
[3] Objections were due by September 8, 2022. *Id.* This Court has given Petitioner, who is proceeding pro se, two weeks beyond that deadline to file objections. As of the date of this Order, no objections have been filed.
[4] 28 U.S.C. § 2253(c)(2).

that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further."[5] The Court finds that Christopher Alexander's Petition fails to satisfy this standard. As such, the Court will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Christopher Alexander for the issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court **DENIES** a certificate of appealability.

New Orleans, Louisiana, September 22, 2022.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Court**

---

[5] *Miller-El v. Cockrell*, 537 U.S. 322, 326 & 336, 123 S.Ct. 1029, 1034 & 1039, 154 L.Ed.2d 931 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)) (internal quotation marks omitted).